AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

Lindsey R. Tofsrud, a single person,

                                                          **JUDGMENT IN A CIVIL CASE**

                            v.

John E. Potter, as Postmaster General of the United States Postal Service, et al.

CASE NUMBER: CV-10-090-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Defendant's Motion for Summary Judgment is granted, and Plaintiff's First Amended Complaint and the claims therein are dismissed with prejudice.

| | |
|---|---|
| March 30, 2011 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Penny Lamb |
| | *(By) Deputy Clerk* |
| | Penny Lamb |